

# COURT OF APPEALS

| | | |
|---|---|---|
| SANDEE BRYAN<br>MARION<br>CHIEF JUSTICE<br>KAREN ANGELINI<br>MARIALYN BARNARD<br>REBECA C. MARTINEZ<br>PATRICIA O. ALVAREZ<br>LUZ ELENA D. CHAPA<br>JASON PULLIAM<br>JUSTICES | FOURTH COURT OF APPEALS DISTRICT<br>CADENA-REEVES JUSTICE CENTER<br>300 DOLOROSA, SUITE 3200<br>SAN ANTONIO, TEXAS 78205-3037<br>WWW.TXCOURTS.GOV/4THCOA.ASPX | KEITH E. HOTTLE<br>CLERK OF COURT<br><br>TELEPHONE<br>(210) 335-2635<br><br>FACSIMILE NO.<br>(210) 335-2762 |

February 3, 2015

Olga Brown
111 Soledad St Ste 1725
San Antonio, TX 78205-2291

Elliott S. Cappuccio
Pulman, Cappuccio, Pullen, Benson &
Jones, LLP
2161 NW Military Hwy Ste 400
San Antonio, TX 78213-1844

RE:     Court of Appeals Number:     04-14-00890-CV
        Style:                       Christopher James Coleman v. Dover
                                     Maintenance Ass'n, Inc.

Dear Counsel:

The Court has received the Clerk's record and it appears the Court has jurisdiction to consider this appeal. Therefore, In accordance with chapter 154 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, we enclose a copy of the Court's Order targeting this appeal for our Alternative Dispute Resolution (ADR) program. If you agree on a mediator, you must provide his or her fee schedule or your agreement as to such rates for this appeal.

On behalf of the entire Court, I thank you for your cooperation in this matter.

Very truly yours,

Marialyn Barnard, Justice